FILED
GREAT FALLS D...

2009 JUL 21 PM 3 29

PATRICK E. DUFFY, CLERK

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>TIBOR THOMAS BANYAI,<br><br>                  Defendant. | No. CR 09-63-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, the plea of guilty of the Defendant to Count I of the Information or is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this __21st__ day of July, 2009.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge

-1-